UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

K.K. and V.K. on behalf of A.K.,

                            Plaintiffs,

          -against-

New York City Department of Education,

                            Defendant.

-------------------------------------------------------------- x

**STIPULATION OF ADJOURNMENT**

08 CV 02025 (MGC)

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/27/08]

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that defendant's time to respond to the complaint in this action is extended to April 23, 2008.

Dated:     New York, New York
             March 24, 2008

MAYERSON & ASSOCIATES
Attorneys for Plaintiffs
330 West 38th Street, Suite 600
New York, N.Y. 10018
Phone 212 265-7200
Fax 212 265-1735

By: _____
    GARY S. MAYERSON

3-25-08
_____
Date

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-180
New York, New York 10007
Phone (212) 788-0931
Fax 212 788-0940

By: _____
    Marilyn Richter
    Assistant Corporation Counsel

SO ORDERED:

_____
U.S.D.J.   March 26, 2008